UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WENDY SILEO**

    Plaintiff,

v.

    Case No.:3:09-cv-1098-HES-JRK

**MONTEREY FINANCIAL SERVICES, INC.**,

    Defendant.

_____/

# O R D E R

Before the Court is a Notice of Settlement (Doc. 5, filed February 25, 2010). Based on the Local Rules of the Middle District of Florida, it is **ORDERED AND ADJUDGED**:

1. The above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings.

2. The Clerk of Court is instructed to terminate all pending motions and **CLOSE** the file.

**DONE AND ENTERED** in Jacksonville, Florida, this ___1st___ day of March, 2010.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Matthew William Kiverts, Esq.