UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



**WENDY SILEO**

    Plaintiff,

v.

                              Case No.:3:09-cv-1098-HES-JRK

**MONTEREY FINANCIAL SERVICES, INC.,**

    Defendant.
_____/

### ORDER

Before this Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 7, filed May 10, 2010).

Pursuant to the Notice and based upon the Local Rules of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED with prejudice**.

2. The Clerk is directed to terminate all pending motions and **CLOSE** the file.

**DONE AND ORDERED** at Jacksonville, Florida, this _____ day of May, 2010

                                                HARVEY E. SCHLESINGER
                                                United States District Judge

Copies to:

James D. Pacitti, Esq.
Matthrew William Kiverts, Esq.